**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02356-REB-BNB

FRANCES VIGIL,

    Plaintiff,

v.

UNIVERSITY OF COLORADO HOSPITAL AUTHORITY,

    Defendant.

**ORDER OF DISMISSAL**

**Blackburn, J.**

The matter comes before the court on the **Stipulation for Dismissal of Defendant University of Colorado Hospital Authority With Prejudice** [#31], filed June 27, 2006.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation for Dismissal of Defendant University of Colorado Hospital Authority With Prejudice** [#31], filed June 27, 2006, is **APPROVED**;

    2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3.  That the Trial Preparation Conference set for April 27, 2007, is **VACATED**; and

2

4. That the jury trial set to commence May 14, 2007, is **VACATED**.

Dated June 29, 2006, at Denver, Colorado.

            **BY THE COURT:**

            **s/ Robert E. Blackburn**
            **Robert E. Blackburn**
            **United States District Judge**